UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOUGLAS STEBBINS, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:10-cr-00077-JAW<br>1:14-cv-00368-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 11, 2015 his Recommended Decision (ECF No. 82). The Petitioner filed his objections to the Recommended Decision on May 26, 2015 (ECF No. 83). The Respondent filed its response to the objections on August 19, 2015 (ECF No. 90). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision (ECF No. 82) of the Magistrate Judge be and hereby is AFFIRMED.

2. Accordingly, it is hereby ORDERED that the Petitioner's 28 U.S. C.

§ 2255 Motion (ECF No. 71) be and hereby is DENIED. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                  <u>/s/ John A. Woodcock, Jr.</u>
                                  JOHN A. WOODCOCK, JR.
                                  UNITED STATES DISTRICT JUDGE

Dated this 24th day of August, 2015